# STATE SUPREME COURT
### NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of NEW CASES DOCKETED

### NEW CASES DOCKETED

Anderson et v. Nat. Fire Ins. Co....... 19630

Chicago & E. Rd. Co. v. Alger (Village) 19634

Karp v. State ...................... 19633

Peskind v. State ................... 19632

State ex v. Buckeye State Bldg. & Loan 19635

State ex v. Gessner ................ 19631

State v. Parrott ................... 19636

Weyer v. Duncanson ................. 19629

### FEB. 18, 1926

19629—John Weyer v. T. C. Duncanson; motion for Fayette Appeals to certify. Bush, Clyburn & Paxson, Washington Court House, for pltf; John Logan, Washington Court House, for deft.

### FEB. 20, 1926

19630—Chas. O. Anderson and Amelia E. Riker v. National Fire Insurance Co.; motion for Lucas Appeals to certify. C. A. Thatcher and C. A. Meck, Toledo, for pltf; G. H. Lewis and W. H. McLellan, Toledo, for deft.

### FEB. 22, 1926

19631—State of Ohio ex rel Mahoning Bus Co. v. Hon. Geo. A. Gessner, Judge of the Common Pleas Court of Mahoning County; in prohibition. J. E. Roberts, Youngstown, for pltf.

19632—Solomon Peskind v. State of Ohio; motion for leave to file petition in error to Cuyahoga Appeals. W. L. Boyd, Cleveland, for pltf; D. E. Green, Chas. Higley, Cleveland, and C. C. Crabbe, Columbus, for deft.

19633—Benjamin Karp v. State of Ohio; motion for leave to file petition in error to the Cuyahoga Appeals. D. E. Green, Chas. Higley, Cleveland and C. C. Crabbe, Columbus, for deft.

### FEB. 23, 1926

19634—Chicago & Erie Railroad Co. v. Village of Alger, Ohio; motion for Cuyahoga Appeals to certify. Mahon & Mahon, Kenton, for pltf.

19635—State of Ohio ex rel, C. C. Crabbe, Attorney General v. Buckeye State Building & Loan Co. and Frank DeWitt; motion for Fayette Appeals to certify. C. C. Crabbe and R. R. Zurmehly, Columbus, for pltf; R. Maddox, Washington Court House, for deft.

19636—State of Ohio v. Percy Parrott; motion for leave to file petition in error to Lucas Appeals; R. R. Stuart and J. C. Cochrane, Toledo, for pltf; Garrison and Phillips, Toledo, for deft.

## PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

Cleveland (City) v. Ferrando.......... 19028

Holliday Bros. v. Pub. Util. Comm...... 19396

State ex v. Klinger et ............... 19369

### MOTION DOCKET

Evans et v. Bailey .................. 19482

Cleveland Ry. Co. v. Novack et ....... 19502

Cleveland Ry. v. Sutherland ......... 19522

Kimbark v. Timken Roller Bearing Co.. 19467

Moffat, Contempt, In Re ............ 19506

State v. Joseph .................... 19563

Variety Iron & Steel Works v. Novak.. 19532

Webb et v. Western Reserve Bond & Share ............................ 19529

### PROCEEDINGS OHIO SUPREME COURT
### TUESDAY, FEBRUARY 23, 1926
### GENERAL DOCKET

19028—City of Cleveland v. Amedeo Ferrando; error to the Cuyahoga Appeals. Judgment affirmed. Marshall, CJ., Matthias, Day, Allen, Kinkade, and Robinson, JJ., concur. Dock. 3-18-25; 3 Abs. 198.

19369—State ex rel. John Tague Post No. 188, v. John W. Klinger et al. In mandamus. Writ denied. Marshall, CJ., Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 10-5-25; 3 Abs. 642; OS. Pend. 3 Abs. 724.

19396—Holliday Brothers v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Dismissed on motion of plaintiffs in error and at their costs. Dock. 10-27-25; 3 Abs. 674.

### MOTION DOCKET

19467—Bessie B. Kimbark v. Timken Roller Bearing Co. Motion for Stark Appeals to certify. Allowed. Dock. 12-10-25; 3 Abs. 762; OS. Pend. 4 Abs. 92.

19482—John B. Evans et al v. Ida M. Bailey. Motion for Trumbull Appeals to certify. Overruled. Dock. 12-12-25; 3 Abs. 762.

19502—Cleveland Railway Co. v. Esther Novack et al. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 12-19-25; 4 Abs. 24.

19506—In the Matter of Margaret R. Moffat —In Contempt: Tell Stop Signal Co. v. Tell Stop Appliance Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 12-22-25; 4 Abs. 24; OS. Pend. 4 Abs. 139.

19522—Cleveland Railway Co. v. Hazel J. Sutherland. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 12-30-25; 4 Abs. 24.

19529—Abner G. Webb et al. v. Western Reserve Bond & Share Co. et. Motion for Trumbull Appeals to certify. Allowed. Dock. 1-4-26; 4 Abs. 40; OS. Pend. 4 Abs. 58.

19532—Variety Iron & Steel Works Co. v. Esther Novak and Cleveland Railway Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 1-5-26; 4 Abs. 40; OS. Pend. 4 Abs. 43.

19563—State of Ohio v. Henry Joseph. Motion for leave to file petition in error to the Hamilton Appeals. Allowed. Dock. 1-12-26; 4 Abs. 56.